53,090-03

NO. C-371-D10389-1201358-B

EX PARTE

GARY D. TAYLOR

IN THE 371st Judicial
District Court of
TARRANT County, Texas

## MOTION FOR OBJECTIONS ON HABEAS CORPUS

TO THE HONORABLE Judge of Said Court
COMES NOW GARY D. Taylor, T.D.C.J.
#. 1651664 Defendant, PRO-SE In the above
STYLED AND NUMBERED CAUSE AND files this
Notice of OBJECTIONS ON V1.07 VERNON 2014
TEX. CRIM. PRO. Code ANN. ART 61 V1.07.

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 23 2015
Abel Acosta, Clerk

PURSUANT to TEXAS RULE AND PROCEDURE
34.5 (C) GARY D. TAYLOR #. 1651664 PRO-SE
REQUEST that the listed item's Each And
EVERY Allegation's ARE being denied, And
DEFENDANT is filing OBJECTIONS ON Each
AND EVERY finding,

MOTION DENIED
DATE: 4-8-15
BY: pc

# OBJECTIONS

(1) OBJECTION to NO EVIDENCE to SUPPORT CONVICTION
(2) OBJECTION to INDICTMENT DUPLICITOUS
(3) OBJECTION to COUNSEL FAILED to INVESTIGATE PRIORS
(4) OBJECTION to FALSELY IMPRISONED
(5) OBJECTION to INDICTMENT VIOLATED PRESUMPTION
(6) OBJECTION to DUE-PROCESS RIGHTS VIOLATE RIGHTS
(7) OBJECTION to PLEA OFFER IN WRITING
(8) OBJECTION to EFFECTIVE ASSISTANCE
(9) OBJECTION to (1) ARSON (2) ATTEMPTED ARSON (3) STALKING:


## SENT to :

(1) THE COURT OF CRIMINAL APPEALS
      AUSTIN, TX  78711

(2) DISTRICT CLERK
      401 W, BELKNAP
    FORT WORTH, TEXAS
                  76196


                                GARY D. TAYLOR 1651664
                                HUNTSVILLE UNIT
                                815 12th STREET
                                HUNTSVILLE, TX
                                            77348

C.C.:


125

## INMATE DECLARATION

I GARY D. TAYLOR, do hereby certify that a true and correct copy of the above and foregoing Defendants Motion forward by United States Mail postage paid in full, for Prosecuting Attorney by Judge 371 th District Court.

GARY D. TAYLOR
1651664
2-19-2015

C C:

(3)